# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL A. KUHN,** : | |
| Petitioner : | |
| : | **CIVIL ACTION NO. 3:15-0016** |
| v. : | |
| : | **(JUDGE MANNION)** |
| **ROBERT GILLMORE, et al.,** : | |
| Respondents : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. 1) is **DISMISSED**.

2. The Clerk of Court shall **CLOSE** this case.

3. There is no probable cause to issue a certificate of appealability.[1]

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
United States District Judge

**Dated:   March 2, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0016-01-order.wpd

---

[1] Jurists of reason would not debate the procedural or substantive disposition of the Petitioner's claims. See Slack v. McDaniel, 529 U.S. 473, 484 (2000). Therefore, no certificate of appealability will be granted. See id.